IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:10cv179

| | |
|---|---|
| MELISSA ANN KENDRICK, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>MICHAEL J. ASTRUE, )<br>Commissioner of Social Security )<br>Administration, )<br>)<br>Defendant. )<br>_____) | ORDER |

This matter is before the Court upon the memorandum and recommendation of United States Magistrate David C. Keesler, filed June 8, 2011.

After an independent and thorough review of the magistrate's memorandum, Plaintiff's objections thereto, and a de novo review of the record, the Court concludes that the recommendation to deny Plaintiff's Motion for Summary Judgment and Grant the Commissioner's Motion for Judgment on the Pleadings is correct and in accordance with law. Accordingly, the findings and conclusions of the magistrate are accepted, Plaintiff's Motion for Summary Judgment is DENIED, and the Commissioner's Motion for Judgment on the Pleadings is GRANTED.

IT IS THEREFORE ORDERED that the memorandum and recommendation of the

magistrate is hereby AFFIRMED.

Signed: August 31, 2011

Graham C. Mullen
United States District Judge