# United States District Court
# For The Western District of North Carolina
# Charlotte Division

Melissa Ann Kendrick,

    Plaintiff,                                 JUDGMENT IN A CIVIL CASE

vs.                                                3:10-cv-179-GCM

Michael J. Astrue,

    Defendant.

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's August 31, 2011 Order.

                                          Signed: August 31, 2011

                                          _/s/ Frank G. Johns_

                                          Frank G. Johns, Clerk
                                          United States District Court